# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | Nos.1483 & 1649 Disciplinary Docket No. 3 |
| | : | |
| JOHN P. HALFPENNY | : | Nos. 55 DB 2009 & 166 DB 2010 |
| | : | |
| | : | Attorney Registration No. 85041 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).